# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| JEFFERY W. TEASTER, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:13-cv-00253-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
|  Acting Commissioner of | ) | |
|  Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 16, 2014 Order.

June 16, 2014

Frank G. Johns, Clerk
United States District Court